**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

```
AUDRA TAYLOR,                    )      3:09-cv-00719-HDM-RAM
                                 )
           Plaintiff,            )
                                 )      ORDER
vs.                              )
                                 )
NATIONAL BUSINESS FACTORS, INC., )
                                 )
           Defendant.            )
_____)
```

The plaintiff's motion for an extension of time in which to file the proposed joint pretrial order (#20) is hereby granted. The parties shall have up to and including January 20, 2011, in which to file their pretrial order. No further extensions of time, however, will be granted.

IT IS SO ORDERED.

DATED: This 21st day of December, 2010.

_____
UNITED STATES DISTRICT JUDGE