1

2

3

4

5

6

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA - RENO**

7

8  AUDRA TAYLOR,                                  )        DOCKET NO. 3:09-CV-00719-HDM-RAM
                                                  )
9              Plaintiff,                         )        ORDER GRANTING
                                                  )        **STIPULATION FOR DISMISSAL**
10        vs.                                     )
                                                  )
11  NATIONAL BUSINESS FACTORS,                    )
    INC., a corporation doing business            )
12  as NATIONAL BUSINESS FACTORS                  )
    COLLECTION SERVICE,                           )
13                                                )
               Defendants.                        )
14  _____

15

16        IT IS HEREBY STIPULATED AND AGREED by the parties through their respective

counsel, that the above entitled matter may be dismissed with prejudice with each side to bear their
17

own fees and costs.
18

        DATED this ___4 day of May, 2011.
19

20  /s/ Jonathan Goldsmith                          /s/ Robert C. Herman
    **JONATHAN GOLDSMITH**                          **ROBERT C. HERMAN**
21  Attorney for Plaintiff                          Attorney for Defendant

22

23  IT IS SO ORDERED.

24  DATED this 5th day of May, 2011.

25

26                                          _____
                                            UNITED STATES DISTRICT JUDGE
27

28