# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| AUDRA TAYLOR, | ) | 3:09-cv-00719-HDM-RAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| NATIONAL BUSINESS FACTORS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

On May 5, 2011, the court entered its order pursuant to stipulation dismissing this action with prejudice. Accordingly, document #36 is hereby stricken as duplicative and therefore moot.

IT IS SO ORDERED.

DATED: This 3rd day of August, 2011.

_____
UNITED STATES DISTRICT JUDGE